✓ FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR - 3 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Plaintiff, ) | |
| v. ) | 2:08-CR-311-RLH (GWF) |
| ) HAGOB PALIKYAN, ) | |
| Defendant. ) | |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on March 3, 2011, defendant HAGOB PALIKYAN pled guilty to Count Five of a Ten-Count Second Superseding Criminal Indictment charging him with Aggravated Identity Theft, in violation of Title 18, United States Code, Sections 1028A(a)(1) and (c)(4), 1029(a)(1), and 1344.

This Court finds defendant HAGOB PALIKYAN agreed in the Plea Memorandum to the forfeiture of the property set forth in Forfeiture Allegations of the Second Superseding Criminal Indictment.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Second Superseding Criminal Indictment and the offense to which defendant HAGOB PALIKYAN pled guilty.

. . .

. . .

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Sections 981(a)(1)(A) and (a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Sections 982(a)(1), 982(a)(2)(A) and (B), and 1029(c)(1)(C):

a. Sony Brown 42" Lcd Tv, S/N 1050106;
b. Sony Brown 42" Lcd Tv, S/N 1002050;
c. Dell Model 1320 Laser Printer, S/N 35rphf1;
d. Dell Model 1850 Laser Printer, S/N H1c34091;
e. Acer Laptop, S/N Lxal70x043820001ef2513;
f. Dell Xps Laptop, S/N 5vg3kd1;
g. Apple Mac Laptop, S/N W8807f5dop1;
h. Hp Laptop, S/N 2ce7222m6q;
i. Mac Book Air, S/N W8813ppuy51;
j. Miscellaneous Cards, Cables, Remotes, Controllers, Stands;
k. 3.5 X Drive, Extend Harddrive, S/N 020851;
l. Apple Tv, S/N 6f8182w04cp;
m. Wd External Hard Drive, S/N Wxh207674808;
n. Msr 206 Encoder, S/N A015401;
o. Psp Portable, S/N Pp865026504-Psp1001;
p. Psp Portable, S/N At045924040-Psp2001;
q. Ipod Touch 16 Bg, S/N 1c80167a/4p;
r. Iphone, S/N 5k81880jwh8;
s. Iphone, S/N Bcga1241;
t. Iphone, S/N 5k80247kwh8;
u. Iphone, S/N 579ca1241;
v. Sandisk 2 Gb Flashdrive, S/N 2048rb;
w. Sandisk 4 Gb Flashdrive, S/N 4096rb;

| | | |
|---|---|---|
| 1 | x. | Sandisk 1 Gb Flashdrive, S/N 1024rb; |
| 2 | y. | Pny Attache 1 Gb Flashdrive, No S/N; |
| 3 | z. | Logitech Mx Revolution Thumbdrive, S/N 810-000412; |
| 4 | aa. | Iron Key Thumbdrive, S/N 0140485; |
| 5 | ab. | Iron Key Thumbdrive, S/N 0140551; |
| 6 | ac. | Dell Xps Tower, S/N 30gzcg1; |
| 7 | ad. | Playstation 3, S/N Ce124062502-Cecha01; |
| 8 | ae. | Playstation 3, S/N Ce514635354-Cechg01; |
| 9 | af. | Xbox 360, S/N 311730682105; |
| 10 | ag. | Xbox 360, No S/N; |
| 11 | ah. | 1 - Xbox 360 Video Game; |
| 12 | ai. | 11 - Playstation 3 Video Games; |
| 13 | aj. | 6 - Psp Games In Case; |
| 14 | ak. | 35 - Blue Ray Movies; |
| 15 | al. | Wtj-90a Tipper; |
| 16 | am. | $3,000 Cash (From Gary Ambartsumyan's room); |
| 17 | an. | $4900 Cash (From Artur Ambartsumyan's room); |
| 18 | ao. | $14,802.63 in Money Gram Money Orders; |
| 19 | ap. | Mens' Breitling Bentley Watch, S/N A25362; and |
| 20 | aq. | Mens' Breitling Bentley Watch; |
| 21-22 | ar | counterfeit access device containing unauthorized account information for Visa debit card account in the name of M.V., account number ending in X-4923; |
| 23-24 | as. | counterfeit access device containing unauthorized account information for Visa debit card account in the name of G.V., account ending in X-2319; |
| 25-26 | at. | counterfeit access device containing unauthorized account information for Visa debit card account in the name of C.D., account ending in X-1918; |

au. counterfeit access device containing unauthorized account information for a Bank of America Visa debit card account, account ending in X-7119;

av. counterfeit access device containing unauthorized account information for Bank of America Visa debit card account in the name of J.R., account ending in X-4609;

aw. counterfeit access device containing unauthorized account information for a Bank of America Visa debit card account in the name of B.J., account ending in X-1577;

ax. counterfeit access device containing unauthorized account information for a Bank of America Visa debit card account, account ending in X-8491;

ay. counterfeit access device containing unauthorized account information for Bank of America Visa debit card account, account ending in X-6657;

az counterfeit access device containing unauthorized account information for Bank of America Visa debit card account, account ending in X-9612;

aaa. counterfeit access device containing unauthorized account information for Bank of America Visa debit card account in the name of G.S., account ending in X-2034;

aab. counterfeit access device containing unauthorized account information for Bank of America Visa debit card account in the name of C.S., account ending in X-3846;

aac. counterfeit access device containing unauthorized account information for Bank of America Visa debit card account in the name of S.K., account ending in X-5010;

aad. counterfeit access device containing unauthorized account information for Bank of America Visa debit card account in the name of E.H., account ending in X-4275;

| | | |
|---|---|---|
| | aae. | counterfeit access device containing unauthorized account information for Bank of America Visa debit card account in the name of B.W., account ending in X-7341; |
| | aaf. | counterfeit access device containing unauthorized account information for Bank of America Visa debit card account, account ending in X-3019; |
| | aag. | counterfeit access device containing unauthorized account information for Bank of America Visa debit card account in the name of D.R., account ending in X-4018; |
| | aah. | counterfeit access device containing unauthorized account information for Bank of America Visa debit card account, account ending in X-7017; |
| | aai. | counterfeit access device containing unauthorized account information for Bank of America Visa debit card account, account ending in X-6691; |
| | aaj. | counterfeit access device containing unauthorized account information for Wells Fargo debit card account, number ending in X-4424; |
| | aak. | counterfeit access device containing unauthorized account information for a Wells Fargo debit card account, account number ending in X-7930; |
| | aal. | counterfeit access device containing unauthorized account information for a Wells Fargo debit card account, number ending in X-6110; |
| | aam. | 2008 White BMW M5, VIN WBSNB93548CX09044; |
| | aan. | 2008 Black Mercedes Benz G-500 Wagon, VIN WDCYR49E38X171546; |
| | aao. | 2006 Black Quad Cab Dodge Dakota Truck, VIN 1D7HA18286J185015; and |
| | aap. | an *in personam* criminal forfeiture money judgment of $663,089.35 in United States Currency |

("the property").

. . .

. . .

1  This Court finds the United States of America is now entitled to, and should, reduce the
2  aforementioned property to the possession of the United States of America.
3  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
4  United States of America should seize the aforementioned property.
5  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
6  HAGOB PALIKYAN in the aforementioned property is forfeited and is vested in the United States
7  of America and shall be safely held by the United States of America until further order of the Court.
8  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
9  shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
10 website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
11 the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
12 the name and contact information for the government attorney to be served with the petition, pursuant
13 to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).
14 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
15 with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.
16 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
17 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
18 following address at the time of filing:

19     Michael A. Humphreys
        Assistant United States Attorney
20      Daniel D. Hollingsworth
        Assistant United States Attorney
21      Lloyd D. George United States Courthouse
        333 Las Vegas Boulevard South, Suite 5000
22      Las Vegas, Nevada 89101.

23  . . .
24  . . .
25  . . .
26  . . .

1	IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
2	need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
3	following publication of notice of seizure and intent to administratively forfeit the above-described
4	property.
5	DATED this __3__ day of __March__, 2011.

_____
UNITED STATES DISTRICT JUDGE