**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA, )
)
         Plaintiff, )
)
         v. )    2:08-CR-311-RLH (GWF)
)
HAGOB PALIKYAN, )
)
         Defendant. )

**AMENDED FINAL ORDER OF FORFEITURE**

On March 3, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c); and United States Code, Section 1028A(a)(1) and (c)(4), based upon the plea of guilty by defendant HAGOB PALIKYAN to criminal offenses, forfeiting specific property alleged in the Second Superseding Indictment and agreed to in the Plea Memorandum and shown by the United States to have a requisite nexus to the offense to which defendant HAGOB PALIKYAN pled guilty. Docket #103, #288, #289.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from March 22, 2011, through to April 20, 2011, notifying all known third parties of their right to petition the Court. #308.

. . .

After a preliminary order of forfeiture was executed by this Court, pertaining to all of the seized items, the United States notified all known and interested third parties of the United States' interest in the forfeited items, including the 2008 black Mercedes-Benz wagon, identified as Item No. "aan" below. Thereafter, Victoria Berberian made her interest in the car known and on June 10, 2011, the United States and Victoria Berberian entered into a Stipulation pertaining to the disposition of the Mercedes-Benz vehicle that was filed with this Court on June 10, 2011. #327

On June 14, 2011, this Court entered that order granting the Petition, Stipulation for Return of Property and Order. #330.

As regards the Mercedes Benz, this Court finds no other petitions were filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

As regards the Mercedes Benz, this Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 1028A(a)(1) and (c)(4); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

a. Sony Brown 42" Lcd Tv, S/N 1050106;
b. Sony Brown 42" Lcd Tv, S/N 1002050;
c. Dell Model 1320 Laser Printer, S/N 35rphf1;
d. Dell Model 1850 Laser Printer, S/N H1c34091;
e. Acer Laptop, S/N Lxal70x043820001ef2513;
f. Dell Xps Laptop, S/N 5vg3kd1;
g. Apple Mac Laptop, S/N W8807f5dop1;
h. Hp Laptop, S/N 2ce7222m6q;
i. Mac Book Air, S/N W8813ppuy51;
j. Miscellaneous Cards, Cables, Remotes, Controllers, Stands;
k. 3.5 X Drive, Extend Harddrive, S/N 020851;
l. Apple Tv, S/N 6f8182w04cp;
m. Wd External Hard Drive, S/N Wxh207674808;
n. Msr 206 Encoder, S/N A015401;
o. Psp Portable, S/N Pp865026504-Psp1001;

| | | |
|---|---|---|
| p. | Psp Portable, S/N At045924040-Psp2001; |
| q. | Ipod Touch 16 Bg, S/N 1c80167a/4p; |
| r. | Iphone, S/N 5k81880jwh8; |
| s. | Iphone, S/N Bcga1241; |
| t. | Iphone, S/N 5k80247kwh8; |
| u. | Iphone, S/N 579ca1241; |
| v. | Sandisk 2 Gb Flashdrive, S/N 2048rb; |
| w. | Sandisk 4 Gb Flashdrive, S/N 4096rb; |
| x. | Sandisk 1 Gb Flashdrive, S/N 1024rb; |
| y. | Pny Attache 1 Gb Flashdrive, No S/N; |
| z. | Logitech Mx Revolution Thumbdrive, S/N 810-000412; |
| aa. | Iron Key Thumbdrive, S/N 0140485; |
| ab. | Iron Key Thumbdrive, S/N 0140551; |
| ac. | Dell Xps Tower, S/N 30gzcg1; |
| ad. | Playstation 3, S/N Ce124062502-Cecha01; |
| ae. | Playstation 3, S/N Ce514635354-Cechg01; |
| af. | Xbox 360, S/N 311730682105; |
| ag. | Xbox 360, No S/N; |
| ah. | 1 - Xbox 360 Video Game; |
| ai. | 11 - Playstation 3 Video Games; |
| aj. | 6 - Psp Games In Case; |
| ak. | 35 - Blue Ray Movies; |
| al. | Wtj-90a Tipper; |
| am. | $3,000 Cash (From Gary Ambartsumyan's room); |
| an. | $4900 Cash (From Artur Ambartsumyan's room); |
| ao. | $14,802.63 in Money Gram Money Orders; |
| ap. | Mens' Breitling Bentley Watch, S/N A25362; and |
| aq. | Mens' Breitling Bentley Watch; |
| ar | counterfeit access device containing unauthorized account information for Visa debit card account in the name of M.V., account number ending in X-4923; |
| as. | counterfeit access device containing unauthorized account information for Visa debit card account in the name of G.V., account ending in X-2319; |
| at. | counterfeit access device containing unauthorized account information for Visa debit card account in the name of C.D., account ending in X-1918; |
| au. | counterfeit access device containing unauthorized account information for a Bank of America Visa debit card account, account ending in X-7119; |
| av. | counterfeit access device containing unauthorized account information for Bank of America Visa debit card account in the name of J.R., account ending in X-4609; |
| aw. | counterfeit access device containing unauthorized account information for a Bank of America Visa debit card account in the name of B.J., account ending in X-1577; |
| ax. | counterfeit access device containing unauthorized account information for a Bank of America Visa debit card account, account ending in X-8491; |
| ay. | counterfeit access device containing unauthorized account information for Bank of America Visa debit card account, account ending in X-6657; |
| az | counterfeit access device containing unauthorized account information for Bank of America Visa debit card account, account ending in X-9612; |
| aaa. | counterfeit access device containing unauthorized account information for Bank of America Visa debit card account in the name of G.S., account ending in X-2034; |

      aab.   counterfeit access device containing unauthorized account information for Bank of America Visa debit card account in the name of C.S., account ending in X-3846;

      aac.   counterfeit access device containing unauthorized account information for Bank of America Visa debit card account in the name of S.K., account ending in X-5010;

      aad.   counterfeit access device containing unauthorized account information for Bank of America Visa debit card account in the name of E.H., account ending in X-4275;

      aae.   counterfeit access device containing unauthorized account information for Bank of America Visa debit card account in the name of B.W., account ending in X-7341;

      aaf.   counterfeit access device containing unauthorized account information for Bank of America Visa debit card account, account ending in X-3019;

      aag.   counterfeit access device containing unauthorized account information for Bank of America Visa debit card account in the name of D.R., account ending in X-4018;

      aah.   counterfeit access device containing unauthorized account information for Bank of America Visa debit card account, account ending in X-7017;

      aai.   counterfeit access device containing unauthorized account information for Bank of America Visa debit card account, account ending in X-6691;

      aaj.   counterfeit access device containing unauthorized account information for Wells Fargo debit card account, number ending in X-4424;

      aak.   counterfeit access device containing unauthorized account information for a Wells Fargo debit card account, account number ending in X-7930;

      aal.   counterfeit access device containing unauthorized account information for a Wells Fargo debit card account, number ending in X-6110;

      aam.  2008 White BMW M5, VIN WBSNB93548CX09044;

      aan.  2008 Black Mercedes Benz G-500 Wagon, VIN WDCYR49E38X171546;

      aao.  2006 Black Quad Cab Dodge Dakota Truck, VIN 1D7HA18286J185015; and

      aap.  an *in personam* criminal forfeiture money judgment of $663,089.35 in United States Currency ("the property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

. . .

. . .

. . .

. . .

1         The Clerk is hereby directed to send copies of this Order to all counsel of record and three
2 certified copies to the United States Attorney's Office.
3         DATED this __9th__ day of __August__, 2011.

                                                            UNITED STATES DISTRICT JUDGE

5

# PROOF OF SERVICE

I, Elizabeth Baechler-Warren, Forfeiture Support Associate Paralegal, certify that the following individuals were served with a copy of the Amended Final Order of Forfeiture on August 8, 2011, by the below identified method of service:

CM/ECF:

Alex R. Kessel
Law Offices of Alex R. Kessel
16542 Ventura Boulevard
Encino, CA 91436
kessellaw@sbcglobal.net
*Counsel for Arman and Hagob Palikyan*

Donald J. Green
Law Offices of Donald J. Green
4760 South Pecos Road, Suite 103
Las Vegas, NV 89101
Crimelv7777@aol.com
*Counsel for Arman and Hagob Palikyan*

Jerry T. Donohue
Jerry T. Donohue, Esq., LLC
521 South Sixth Street
Las Vegas, NV 89101
nevadalawyer@hotmail.com
*Counsel for Hagob Palikyan*

Daniel J. Albregts
Daniel J. Albregts, Esq.
601 South Tenth Street, Suite 202
Las Vegas, NV 89101
albregts@hotmail.com
*Counsel for Armen Ambartsumyan*

David T. Brown
Brown, Brown, & Premsrirut
520 S. Fourth Street, 2nd Floor
Las Vegas, NV 89101
master@brownlawlv.com
*Counsel for Gary Ambartsumyan*

Travis E. Shetler
Travis E. Shetler, P.C.
844 East Sahara Avenue
Las Vegas, NV 89104
Travisshetler@gmail.com
*Counsel for Artur Ambartsumyan*

Charles E. Kelly
Charles E. Kelly & Associates
706 South Eighth Street
Las Vegas, NV 89101
ceklv@aol.com
*Counsel for Iyad Nazzal*

Gary L. Myers
Law Office of Gary L. Myers
7251 W. Lake Mead Blvd., Suite 300
Las Vegas, NV 89128
Gmyerslo@aol.com
*Counsel for Danimyar Dosunkulov*

Richard A Schonfeld
Chesnoff & Schonfeld
520 S. 4th St.
Las Vegas, NV 89101-
Email: rschonfeld@cslawoffice.net
*Counsel for Arman and Hagob Palikyan*

| | |
|---|---|
| 1 | David Z. Chesnoff |
| 2 | CHESNOFF & SCHONFELD<br>520 S. Fourth St. |
| 3 | Las Vegas, NV 89101 |
| 4 | Email: dzchesnoff@cslawoffice.net<br>*Counsel for Hagob Palikyan* |
| 5 | |
| 6 | Jean J Nash<br>Christian Kravitz, LLC |
| 7 | 8985 S. Eastern Avenue, Ste 200<br>Las Vegas, NV 89123 |
| 8 | Email: jnash@kssattorneys.com<br>*Counsel for Armen Ambartsumyan* |

David Z. Chesnoff
CHESNOFF & SCHONFELD
520 S. Fourth St.
Las Vegas, NV 89101
Email: dzchesnoff@cslawoffice.net
*Counsel for Hagob Palikyan*

Jean J Nash
Christian Kravitz, LLC
8985 S. Eastern Avenue, Ste 200
Las Vegas, NV 89123
Email: jnash@kssattorneys.com
*Counsel for Armen Ambartsumyan*

Stephen M. Dichter
Christian Kravitz, LLC
8985 Eastern Ave., Ste 200
Las Vegas, NV 89123
Email: sdichter@hcdglaw.com
*Counsel for Armen Ambartsumyan*

Karen C Winckler
Wright Stanish & Winckler
300 S. Fourth Street Suite 701
Las Vegas, NV 89101
Email: Winckler@wswlawlv.com
*Counsel for Artur Ambartsumyan*

Stephen Stein
Stein & Rojas
520 S. Fourth St
Las Vegas, NV 89101
Email: stephensteinesq@yahoo.com
*Counsel for Artur Ambartsumyan*

| | |
|---|---|
| L. Sanders Joiner<br>PO Box 751210 Suite 103<br>Las Vegas, NV 89136<br>Email: deljoiner@gmail.com<br>*Counsel for Iyad Nazzal* | <u>U.S, Mail</u><br>Brandon De Jonge<br>16542 Ventura Boulevard, Suite 305<br>Encino, CA 91436<br>*Counsel for Hagob Palikyan* |

/s/ Elizabeth Baechler-Warren
Elizabeth Baechler-Warren
Forfeiture Support Associate Paralegal